UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEDRO MEDINA,

    Plaintiff,

v.

IMMIGRATION AND NATURALIZATION DIRECTOR,

    Defendant.

Case No. 13-cv-04436-BLF

**JUDGMENT**

On May 29, 2014, the Court granted Defendant's Motion to Dismiss in the above-captioned action. The Court provided Plaintiff the opportunity to amend his Complaint within 21 days to cure the jurisdictional defects outlined in the Court's Order. Plaintiff has failed to do so.[1] As such, the Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 20, 2014

                                                                                              *[signature]*

BETH LABSON FREEMAN
United States District Judge

---

[1] Mail sent to Plaintiff via his designated next friend, Christopher Castillo, has been returned to the Court as undeliverable, as Mr. Castillo no longer resides at the Dona Ana County Detention Center, the address the Court was given by Plaintiff. Civil Local Rule 3-11 requires a pro se party whose address changes during the pendency of an action to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address." Plaintiff has failed to comply with this obligation.